

**EXHIBIT "A"**

**INVOICE**

2 HANDS MACHINERY LLC
14200 SW 23RD STREET, DAVIE FLORIDA 33325
Phone: 954-682-9585
Email: bahar@2handsmachinery.com

DATE: 12/12/2019
INVOICE # 2390

**BILL TO**
JULIO CESAR PINEDA GOMEZ
RTN: 05011954026040
Address: HONDURAS
Phone: +504-3292-8440
Email: arbame1951@hotmail.com

**CONSIGNE**
JULIO CESAR PINEDA GOMEZ
RTN: 05011954026040
Address: HONDURAS
Phone: +504-3292-8440
Email: arbame1951@hotmail.com

| STOCK | DESCRIPTION | BALANCE | AMOUNT |
|---|---|---|---|
| IN1086 | CATERPILLAR 320BL S/N 6CR01636 YEAR 1997 | | $19,000 |
| | Pursuant to Part 19 FOB Part 192.2 (b) (3) (iv), I Vitaly Bahar of 2 HANDS MACHINERY LLC hereby certify that the procurement of this unit was a bona fide transaction, and that the unit presented for export is not stolen | | |
| | TAX EXEMPT MACHINE FOR EXPORT | TOTAL DELIVERY TO GALVESTOR PORT | $19,000 |

| DELIVERY | TERM | DEPOSIT | DEPOSIT AMOUNT | DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| HONDURAS | PREPAY | N/A | N/A | 5 | $19,000 |

| WIRE TRANSFER INSTRUCTIONS | |
|---|---|
| BANK NAME | TD BANK |
| Account: | 4347195350 |
| Routing or ABA: | 067014822 |
| Swift Code: | NRTHUS33XXX |
| International Wire: BANK ADDRSS: | 3885 NW 107 AVE, DORAL FL 33178 |
| Account Name: | 2Hands Machinery LLC |
| Address: | 1041 S PARK RD, APT 105 HOLLYWOOD, FL 33021 |

ACCEPT THIS INVOICE
I _____agreed to with this deal.
Sign: _____
Buyer Name: _____

Prepared By: _____
By: _____

Any warranties provided shall be given to purchaser under a separate agreement, the receipt whereof is hereby acknowledged by purchaser. Deposit is not refundable after past due.
Make all check payable to 2 HANDS MACHINERY LLC.
Thank you for your business!

Make all checks payable to 2 HANDS MACHINERY LLC - Thank you for your business!