EXHIBIT "B"









