**EXHIBIT "C"**

**Reprint From MFA-0000-000000**

**Possible Duplicate Delivery**

| | |
|---|---|
| Network: | APPLI |
| Session Holder: | PISAMONACK |
| Session: | 0609 |
| Sequence: | 000001 |
| Delivery Status: | Network Ack |

**Instance Type and Transmission**

Copy
Priority/Delivery :    Normal

**Message Header**

| | | |
|---|---|---|
| Swift Input: | FIN 103 Single Customer Credt Transfer | |
| Sender : | PISAHNTEXXX | |
| | BANCO DEL PAIS,S.A. | |
| | SAN PEDRO SULA | HN |
| Receiver : | BOFAUS3MXXX | |
| | BANK OF AMERICA, N.A. | |
| | MIAMI,FL US | |

**Message Text**

```
F20: Sender's Reference
     TRBP20190081559
F23B: Bank Operation Code
     CRED
F32A: Value Date/Currency/Interbank Settled Amount
     Date:        191216          2019 Dec 16
     Currency:      USD           US DOLLAR
     Amount:      9500,00         #9,500.00#
F50K: Ordering Customer - Account - Name and Address
     Account:
           /210460110454
     Name and Address:
           PINEDA RAPALO JONNY EDGARDO COLNIA
           VILLA SOL CALLE PRINCIPAL CASA 13,
           ESQUINA OPUESTA A CANCHA DE FUT VIL
           LANUEVA CORTES HONDURAS
F53B: Sender's Correspondent - Party Identifier - Location
     Party Identifier:          /1901838032
F57D: Account With Institution - Party Identifier - Name and Address
     Party Identifier:
           /FW067014822
     Name and Address:
           TD BANK, NA
           WEST PALM BEACH ESTADOS UNIDOS
F59: Beneficiary Customer - Account - Name and Address
     Account:
           /4347195350
     Name and Address:
           2HANDS MACHINERY LLC, ADDRESS 3450
           EMERALD POINTED DRIVE APT 305B HOLL
           YWOOD FL 33021
F70: Remittance Information
     PAGO
F71A: Details of Charges
     SHA
```

**End of Message**

**bp BANPAIS**

ROB-124 V.1

LA SUMA DE 9,500 US$ 0 0

# CONSTANCIA

**TRN-2019-12-262**

Banco del País S. A., hace constar que con fecha 16 de diciembre del 2019, envió transferencia Internacional por valor de **USD9,500.00** ordenada por **PINEDA RAPALO JONNY EDGARDO** a favor de **2HANDS MACHINERY LLC.**

A solicitud del ordenante de dicha transferencia, se emite la presente constancia en la ciudad de San Pedro Sula a los diecisiete días del mes de Diciembre del año dos mil diecinueve.

Firma autorizada
**Banco del País S.A.**

Firma autorizada
**Banco del País S.A.**

**bp BANPAIS**

ROB-124 V.1

LA SUMA DE 9,500.US$ 00

# CONSTANCIA

**TRN-2020-08-13**

Banco del País S. A., hace constar que con fecha 13 de diciembre del 2020, envió transferencia Internacional por valor de **USD9,500.00** ordenada por **PINEDA RAPALO JONNY EDGARDO** a favor de **2HANDS MACHINERY LLC.**

A solicitud del ordenante de dicha transferencia, se emite la presente constancia en la ciudad de San Pedro Sula a los seis días del mes de Agosto del año dos mil veinte.

Firma autorizada
**Banco del País S.A.**



Firma autorizada
**Banco del País S.A.**

**Reprint From MFA-0000-000000**

**Possible Duplicate Delivery**

| | |
|---|---|
| Network: | APPLI |
| Session Holder: | PISAMONACK |
| Session: | 0400 |
| Sequence: | 000001 |
| Delivery Status: | Network Ack |

**Instance Type and Transmission**

Copy
Priority/Delivery :   Normal

**Message Header**

| | |
|---|---|
| Swift Input: | FIN 103 Single Customer Credt Transfer |
| Sender : | PISAHNTEXXX |
| | BANCO DEL PAIS,S.A. |
| | SAN PEDRO SULA                                HN |
| Receiver : | BOFAUS3MXXX |
| | BANK OF AMERICA, N.A. |
| | MIAMI,FL US |
| UETR : | 18e9ba6f-2a64-438a-beb5-97cb78398d46 |

**Message Text**

```
F20: Sender's Reference
        TRBP20190081387
F23B: Bank Operation Code
        CRED
F32A: Value Date/Currency/Interbank Settled Amount
        Date:          191213          2019 Dec 13
        Currency:        USD           US DOLLAR
        Amount:         9500,00        #9,500.00#
F50K: Ordering Customer - Account - Name and Address
        Account:
                /210460110454
        Name and Address:
                PINEDA RAPALO JONNY EDGARDO COLNIA
                VILLA SOL CALLE PRINCIPAL CASA 13,
                ESQUINA OPUESTA A CANCHA DE FUT VIL
                LANUEVA CORTES HONDURAS
F53B: Sender's Correspondent - Party Identifier - Location
        Party Identifier:       /1901838032
F57D: Account With Institution - Party Identifier - Name and Address
        Party Identifier:
                /FW067014822
        Name and Address:
                TD BANK, NA
                WEST PALM BEACH ESTADOS UNIDOS
F59: Beneficiary Customer - Account - Name and Address
        Account:
                /4347195350
        Name and Address:
                2HANDS MACHINERY LLC, ADDRESS 3450
                EMERALD POINTED DRIVE APT 305B HOLL
                YWOOD FL 33021
F70: Remittance Information
        PAGO
F71A: Details of Charges
        SHA
```

**End of Message**